UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **Jorge Arellano**, <br><br> Plaintiff, <br><br> v. <br><br> **Clark Construction Group, LLC, Grasslands Farm, LLC, and Kathleen A. Montgomery,** <br><br> Defendants. | Case No. 1:19-cv-531 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jorge Arellano, by and through his undersigned counsel, hereby voluntarily dismisses this action with prejudice.

Respectfully submitted,

/s/ Nicholas Cooper Marritz                              Date: July 2, 2019

Nicholas Cooper Marritz (VA Bar No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: (703) 778-3450
F: (703) 778-3454
E: nicholas@justice4all.org

*Counsel for Jorge Arellano*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **Jorge Arellano**,<br><br>               Plaintiff,<br><br>     v.<br><br>**Clark Construction Group, LLC, Grasslands Farm, LLC, and Kathleen A. Montgomery,**<br><br>               Defendants. | **Case No.  1:19-cv-531** |

## Certificate of Service

I certify that I filed the foregoing document today via the Court's CM/ECF system, which will cause a Notice of Electronic Filing and a link to the document to be served on all counsel of record.

/s/ Nicholas Cooper Marritz                                             Date: July 2, 2019

Nicholas Cooper Marritz (VA Bar No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: (703) 778-3450
F: (703) 778-3454
E: nicholas@justice4all.org

*Counsel for Jorge Arellano*