UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Jorge Arellano,<br><br>            Plaintiff,<br><br>v.<br><br>Clark Construction Group, LLC, Grasslands Farm, LLC, and Kathleen A. Montgomery,<br><br>            Defendants. | Case No. 1:19-cv-531 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jorge Arellano, by and through his undersigned counsel, hereby voluntarily dismisses this action with prejudice.

Respectfully submitted,

/s/ Nicholas Cooper Marritz

Nicholas Cooper Marritz (VA Bar No. 89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
T: (703) 778-3450
F: (703) 778-3454
E: nicholas@justice4all.org

*Counsel for Jorge Arellano*

Date: July 2, 2019

So ordered
7/29/19

_____
Anthony J. Trenga
United States District Judge